**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RICHARD RAYMOND PIERCE, | ) | NO. CV 07-05490 GAF (SS) |
| Petitioner, | ) | |
| v. | ) | **ORDER ADOPTING FINDINGS,** |
| LINDA SANDERS, WARDEN, USP, LOMPOC, | ) | **CONCLUSIONS AND RECOMMENDATIONS** |
| | ) | **OF UNITED STATES MAGISTRATE JUDGE** |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petition is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: September 12, 2008

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2