UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND PIERCE,<br><br>　　　　　　Petitioner,<br><br>　　　v.<br><br>LINDA SANDERS, WARDEN, USP LOMPOC,<br><br>　　　　　　Respondent. | NO. CV 07-05490 GAF (SS)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: September 15, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GARY A. FEESS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE